# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATION MORTGAGE ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FRANK HINE, a married man as his sole and separate property,<br><br>　　　　　Defendant. | Case No. 2:12-cv-00929-GMN-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated June 4, 2012, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

　　　**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **July 9, 2012**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

　　　DATED this 27th day of June, 2012.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge